UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DWIGHT RODGER GRAVES, JR.,

                Plaintiff,

                                         DECISION AND ORDER
     v.                                     11-CV-1005A(M)

CORRECTIONAL MEDICAL SERVICE
and DR. DEASIS,

                Defendants.

---

          The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On March 13, 2015, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 77), recommending that defendants' motions for leave to file a late Answer (Dkt. No. 64) and for summary judgment (Dkt. No. 63) should be granted.

          The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

          ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants' motions for leave to file a late Answer (Dkt. No. 64) and for summary judgment (Dkt. No. 63) are granted.

          The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  April 19, 2015